**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KELVIN HENDERSON,               )<br>                                 )<br>            Petitioner,           )<br>                                 )<br>       v.                        )<br>                                 )<br>MIKE MCDONALD, Acting Warden,    )<br>                                 )<br>            Respondent.          )<br>_____) | NO. EDCV 09-00579 ODW (SS)<br><br>**JUDGMENT** |

    Pursuant to the Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

    IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: September 10, 2009

                                            _____
                                            OTIS D. WRIGHT, II
                                            UNITED STATES DISTRICT JUDGE